UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Patch,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Capital One Bank (USA), N.A.,<br><br>　　　　　Defendant. | Case No.: 2:19-cv-02273-WBS-AC<br><br>ORDER |

　　　Based on the Stipulation of counsel, the case is dismissed without prejudice, each party to bear its own attorney fees and costs.

　　　Dated:  June 30, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE